UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:15-cr-00208-DAD-BAM-1 |
| Plaintiff, | |
| v. | ORDER |
| LEONARD NEVES, | (Doc. Nos. 25 and 26) |
| Defendants. | |

On March 20, 2017 and again on April 20, 2017, defendant in this closed criminal case filed two requests that the court provide him copies of court records. (Doc. No. 25 and 26.) Specifically, defendant has requested that the court provide him with a reporter's transcript of his August 1, 2016, sentencing hearing. However, defendant has not established that he has filed an appeal from or collateral challenge to his conviction which is not frivolous and that the requested copies are necessary for a decision to be rendered on any such appeal or collateral challenge. *See* 28 U.S.C. § 753(f); *see also United States v. Connors*, 904 F.2d 535, 536 (9th Cir. 1990) ("Although Connors is indigent, he has not filed a habeas petition, and therefore is not entitled to copies of his trial transcript at government expense until he does so."); *United States v. Lucatero*, No. 05–cr–0443–WBS, 2007 WL 1747077, at *2 (E.D. Cal. June 18, 2007) ("The vast majority of courts have interpreted [28 U.S.C. § 753(f)] to mean that until a prisoner actually 'brings a proceeding under section 2255,' he is not entitled under § 753(f) to have costs for creating or

1

copying such transcripts *or other documents* paid by the United States.") (emphasis added); 28 U.S.C. § 2250. Moreover, defendant is not generally entitled to free copies of court documents in a closed case. *See United States v. Chandler*, 220 F. Supp. 2d 165, 170 (E.D.N.Y. 2002); *see also Marsh v. Vegianelli,* No. 1:09-cv-01243-GSA-PC, 2012 WL 5505079, at *2 (E.D. Cal. Nov. 13, 2012) ("[T]he Clerk does not ordinarily provide free copies of case documents to parties. The Clerk charges $.50 per page for copies of documents. *See* 28 U.S .C. § 1914(a). Copies of up to twenty pages may be made by the Clerk's Office at this Court upon written request and prepayment of the copy fees.")

Accordingly, defendant's request for copies of court records (Doc. No. ) is denied without prejudice.[1]

IT IS SO ORDERED.

Dated: __**October 25, 2017**__   _____
UNITED STATES DISTRICT JUDGE

---

[1] The court also notes that in his plea agreement in this case, defendant specifically waived his right to appeal or collaterally attack any part of his plea and sentencing in this action. (Doc. No. 17 at 2.)

2